James S. Coon, OSB# 771450
SWANSON, THOMAS, COON & NEWTON
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Ph: (503) 228-5222 Fax: (503) 273-9175
Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

MARY JO KRUEGER,                                                CV# 3:12-cv-00430-SI

            Plaintiff,

     v.                                                                      ORDER GRANTING
                                                                            STIPULATED EAJA FEES,
                                                                            COSTS AND EXPENSES
COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

            Defendant.

_____

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees

in the amount of $2823.42 will be awarded to Plaintiff in care of her attorneys pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of

Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). In addition,

Plaintiff will be awarded $50.21 in postage expenses pursuant to 28 U.S.C. § 2412 and

$7.00 in photocopying costs pursuant to 28 U.S.C. § 1920. The court directs Defendant

to issue checks to Plaintiff in care of her attorney, James S. Coon, at Mr. Coon's

address: 820 SW 2nd Ave Ste 200, Portland OR 97204.

Dated this ___21st___ day of ___March___, 2013.

                                   _____
                                   United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff